# EXHIBIT A

***Independent Contractor Agreement***
***3/9/2016*- Aboulessan, Saadala**

## INDEPENDENT CONTRACTOR AGREEMENT

**THIS INDEPENDENT CONTRACTOR AGREEMENT** ("Agreement") is made this ___0⁹___ day of ___March___, 2016, by and between LaserShip, Inc., a Virginia corporation ("LaserShip") and

___Saadela  Abadessan___ ("Contractor")
Contractor Name

Redacted

¹Address, City, State, Zip

### Recitals:

A.    LaserShip is an authorized motor carrier registered with the Federal Motor Carrier Safety Administration ("FMCSA") of the U.S. Department of Transportation ("DOT") and applicable State and foreign authorities.

B.    LaserShip is in the business of soliciting messenger, courier, and other delivery services needs of the public, the referral of those needs for performance, and the invoicing for its services, by contracting with independent contractor owner-operators to provide the driving and other transportation services related to such delivery,

C.    Contractor is in the business of providing driving and other services for hire to others, utilizing its own vehicle or vehicles, other equipment and materials as set out in Appendix A (individually and collectively the "Equipment") in the performance of such services, and

D.    Contractor desires to enter into this Agreement to provide driving and other delivery services to LaserShip, including the use of Contractor's Equipment, as an independent contractor under the terms, covenants and conditions set forth herein.

NOW THEREFORE, in consideration of the foregoing, the mutual promises and agreements set forth in this Agreement and pursuant, as applicable, to the Federal Truth-in-Leasing regulations, 49 C.F.R. Part 376, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound, LaserShip and Contractor agree as follows:

1.    Description of Services.

a.    During the term of this Agreement, Contractor will furnish to LaserShip on a non-exclusive basis, professional driving and other incidental transportation services for the messenger, courier, and other delivery services, as well as the use of Contractor's Equipment. Contractor represents and warrants that Contractor has title to or is authorized to contract the Equipment and provide the related services to LaserShip pursuant to this Agreement. Contractor has the right and is encouraged to work for other companies and to make Contractor's services available to the general public during the term of this Agreement.

LaserShip, Inc. Independent Contractor Agreement

b. Contractor may accept or reject, in its sole and absolute discretion, any pick-up, delivery or related service, or any series of pick-ups and deliveries offered together ("Job(s)") by LaserShip. LaserShip does not agree to offer or reserve any particular route, zip code, customer, service area, or minimum number of Jobs to Contractor or to guarantee any amount of compensation to Contractor, regardless of the frequency or consistency of any Jobs offered to Contractor during the term of this Agreement. Once Contractor accepts the Job, Contractor assumes responsibility for completion of the Job as requested by LaserShip's customer (the "Customer") and in accordance with the terms of this Agreement. Furthermore, once a Job is accepted by Contractor, Contractor is liable and fully responsible for completion of the Job and LaserShip may arrange for completion of such Job at Contractor's expense. Contractor hereby waives any recourse against LaserShip in such action and agrees to reimburse LaserShip for any expense arising out of completion of such Job and to pay LaserShip any damages for which LaserShip may be liable to the Customer or others arising out of Contractor's failure to complete the Job. Contractor hereby authorizes LaserShip to deduct or otherwise recover the expense from compensation or other amounts due Contractor pursuant to this Agreement.

c. Contractor is not required to render the services hereunder personally and has the right to use competent professional drivers ("Contractor's Drivers" or "Drivers") who meet LaserShip's minimum driver qualification standards and all of the applicable requirements of the DOT, including but not limited to, familiarity and compliance with state and federal motor carrier safety laws and regulations. Contractor may use Contractor's Drivers to perform Jobs under this Agreement. However, Contractor is ultimately responsible for any Jobs accepted as provided in Section 1(b) above. In addition, Contractor shall ensure that no minors or otherwise legally-unauthorized workers, which are defined under Federal, State and Local laws, shall be used to perform such services.

d. Contractor shall determine the means and methods by which Contractor (or its employees or subcontractors) shall complete a Job and perform its obligations under this Agreement. In particular, subject only to the requirements of any Federal or State regulatory agency having jurisdiction, Contractor is entitled to exercise the discretion and judgment of an independent contractor in determining the manner and means of performing Contractor's obligations under the Agreement, including, but not limited to, the following:

    i. Contractor shall, at Contractor's sole cost and expense, select, purchase, and finance any equipment, including vehicles, used to provide the services and decide when, where, and how maintenance and repairs are to be performed on the Equipment;

    ii. Contractor shall organize the delivery sequence (taking into account LaserShip's Customer's delivery requirements, as communicated by LaserShip to Contractor), refueling stops, and time and place of rest stops, provided that in order to meet Customers' demands, Contractor agrees to make timely and safe deliveries of all Jobs, deliver all items comprising Jobs in as good condition as when received by Contractor, and also agrees to notify LaserShip when delivery has been made or when delivery will be delayed for any reason; and

LaserShip, Inc. Independent Contractor Agreement

iii.    Contractor shall remain solely responsible for the direction and control of Contractor and all of Contractor's employees, agents, and servants, including selecting, hiring, firing, training, setting of grooming and dress standards, disciplining, discharging, supervising, directing, assigning work, setting wages, hours, and working conditions, paying, and adjusting grievances of such employees, agents, and servants, providing for unemployment insurance, state and federal taxes, fringe benefits, workers' compensation, adjustment of grievances, all acts and omissions, and all other matters relating to or arising out of Contractor's use or employment of drivers and laborers, and any and all other employees or agents of Contractor that Contractor may provide or use to perform any aspect of this Agreement.

2.    Term.    This Agreement shall begin on March 9, 2016 (the "Effective Date") and end on June 15, 2017.

3.    Operational Expenses.

a.    Operating Expenses.  Contractor shall, at its sole cost and expense, provide all the Equipment ready to operate and fully roadworthy, including the necessary licenses, permits, cab cards, state base plates and shall furnish all necessary oil, fuel, tires, and other parts, supplies and equipment necessary or required for the safe and efficient operation and maintenance of the Equipment, including repairs for the operation of such Equipment. Contractor shall pay all expenses incident to the operation of the Equipment, including, but not limited to, empty mileage, lumper expenses, highway use taxes, weight taxes, state property or indefinite situs taxes, fuel taxes, registration fees, ferry and toll charges, and detention and accessorial charges not collected by LaserShip because of Contractor's failure to provide the required documentation.

b.    Maintenance & Inspection.    Contractor, at its sole cost and expense, shall maintain the Equipment in safe condition and in complete compliance with all laws and regulations of the states in which Contractor operates and the DOT.  Contractor grants LaserShip the right to periodically inspect the Equipment for compliance with relevant federal and state regulations and guidelines.

c.    Fines.  Contractor or Contractor's Drivers (as professional drivers engaged in a separate and distinct profession) agree to pay all fines, including but not limited to parking and traffic fines and penalties, imposed for violation of any law or regulation by the state or any locality in which Contractor operates, or the DOT, where such violation results, at least partially, from the acts or omissions of Contractor.

d.    Overweight & Oversized Shipments. Contractor or Contractor's Drivers (as professional drivers engaged in a separate and distinct profession) shall have the duty to determine that all shipments are in compliance with the size and weight laws of the states in which or through which the Equipment will travel and to notify LaserShip if the vehicle is overweight, oversized or in need of permits before commencing the haul.    Except when the violation results from the acts or omissions of Contractor, LaserShip shall assume the risks and costs of fines for overweight and oversize trailers when such trailers are preloaded and sealed, or

LaserShip, Inc. Independent Contractor Agreement

the load is containerized, or for improperly permitted oversized and overweight loads, or the trailer or lading is otherwise outside of Contractor's control. Contractor shall pay, or reimburse LaserShip, for any costs or penalties due to Contractor's failure to weigh each shipment or to notify LaserShip that the vehicle is overweight, oversized or in need of permits.

4.    Termination. This Agreement may be terminated pursuant to the following:

a.    Either party may terminate this Agreement at any time by providing (15) days' prior notice to the other party. In addition, if the Contractor is convicted of any crime or serious offense, fails or refuses to comply with industry or Customer expectations, is guilty of serious misconduct in connection with performance herein, or breaches any provision of this Agreement, LaserShip at any time may terminate the Agreement immediately and without prior notice to Contractor.

b.    Either party may terminate this Agreement at any time, if the other party breaches any term of this Agreement, by giving immediate oral, followed by written, notice of termination to the breaching party.

c.    If Contractor has not performed any Job for a period of forty-five (45) days, this Agreement shall terminate without any action by either party at the end of such forty-fifth day.

d.    The ability of either party to terminate this Agreement shall in no way be interpreted as an at-will employment provision and shall not otherwise affect Contractor's status as an independent contractor under this Agreement.

e.    If, up to and including the date of termination, one or more events occur that give rise, before or after that date, to an entitlement or liability of Contractor or LaserShip under this Agreement, such entitlement or the obligations relating to such liability shall continue, notwithstanding the termination of this Agreement, until such liability or entitlement is satisfied in full. Contractor's obligations include, but are not limited to, completing performance in the event of termination of this Agreement.

f.    Contractor shall, upon the termination of this Agreement, remove all LaserShip identification from the Equipment and return it to LaserShip, via hand delivery or certified mail, together with all of LaserShip's property, including trailers, paperwork, load securement equipment and freight, to LaserShip's nearest terminal. If Contractor fails to return LaserShip's property or freight to LaserShip or remove and return all LaserShip identification from the Equipment upon termination of this Agreement, Contractor shall pay LaserShip, all collections costs incurred by LaserShip, including reasonable attorney fees, and LaserShip may pursue all other remedies allowed by law or authorized in this Agreement against Contractor.

5.    Contractor's Obligations.

a.    Contractor as Independent Contractor, Not an Employee of LaserShip. It is expressly understood and agreed that Contractor shall furnish Contractor's services as an

LaserShip, Inc. Independent Contractor Agreement

independent contractor and not as an employee of LaserShip. Contractor has no power or authority to act for, represent, or bind LaserShip in any matter. Nothing herein contained shall be construed as inconsistent with Contractor's independent-contractor status, and that status may not be altered by Contractor, by the employees, agents, or servants of LaserShip, or by operation of any federal, state, or local law at any time, under any circumstances, or for any purpose. If at any time during the term of this Agreement Contractor is of the opinion that something other than an independent contractor relationship exists between Contractor and LaserShip, Contractor shall immediately notify LaserShip. Contractor agrees to defend, indemnify and hold LaserShip harmless from and against any claims, suits, or actions, including reasonable attorney's fees in protecting LaserShip's interests, brought by Contractor, Contractor's Drivers, any union, the public, or state or federal agencies, arising out of the operation of the Equipment or the providing of driver services under this Agreement. Contractor also agrees to provide necessary documentation and apply for certification of its independent contractor status where mandated by applicable state law, including but not limited to, the State of South Dakota. Contractor shall be solely responsible for complying with any and all state and federal laws, rules and regulations that may be applicable to the terms and conditions of employment of Contractor's employees or applicants for employment, including, without limitation, compliance with the Federal Fair Credit Reporting Act; verification of immigration and naturalization status; proof of proper taxpayer identification number; proof of highway use tax being currently paid when the Contractor purchases its license; proof of payment of income; unemployment; Medicare and other state and federal payroll taxes; and, other required withholdings for Contractor's employees. Proof of performance of these responsibilities shall be submitted by Contractor to LaserShip as required by LaserShip and may include, but not be limited to, proof of highway use tax being currently paid, proof of income tax being currently paid, and proof of payment of payroll tax for Contractor's Drivers. For the purposes of this section, the term "Contractor" refers to the owner of the Equipment as well as drivers that may be operating the Equipment on behalf of the owner. As required by law, LaserShip agrees to file information tax returns (Form 1099) on behalf of Contractor if Contractor is paid more than the statutory amount in compensation during a calendar year.

        b.    Contractor's Form of Business and Agreement to File Returns and Pay Taxes. As an independent contractor, Contractor is free to choose the form in which to operate Contractor's business. Regardless of the form of business entity selected, Contractor shall file all federal, state, local, and foreign income, withholding, employment, and federal heavy vehicle use tax forms and returns associated with Contractor's business (individually and collectively the "Tax Returns") that Contractor may be required by law to file, on account of Contractor and Contractor's Drivers in the performance of the Agreement at the time and place that may be specified in the applicable federal, state, local, and foreign laws, and to pay when due all taxes and contributions reported in such forms and returns. In that regard, Contractor further agrees that Contractor knows:

    i.    Of Contractor's, or as appropriate, Contractor's business entity's, responsibilities to pay estimated social security taxes and state and federal income taxes with respect to settlement compensation received for Equipment and services provided pursuant to this Agreement;

LaserShip, Inc. Independent Contractor Agreement

Rev. January 2016                             Page 5                        Contractor Initials S.A.

ii.    That the social security tax Contractor, or as appropriate, Contractor's business entity, must pay is higher than the social security tax an individual would pay if he or she were an employee; and

iii.    That the service provided by Contractor pursuant to the Agreement is not work covered by the unemployment compensation laws of any state; provided, however, that should Contractor employ or use drivers, helpers, or other workers to fulfill its obligations under the Agreement, and such drivers, helpers, or other workers are covered by the unemployment laws of any state, Contractor is solely responsible for providing unemployment insurance for such drivers, helpers, or other workers.

c.    <u>Government Taxes/Fees</u>.  Contractor shall bear sole responsibility for the operation of Contractor's business, including payments of all taxes and all other governmental payments required to operate a business, including without limitation, the withholding and/or payment of all federal, state and local income taxes, self-employment or FICA (social security) taxes, and unemployment and workers' compensation insurance payments on account of Contractor, Contractor's Drivers, drivers' helpers, and other workers necessary for the performance of Contractor's obligations under the terms of the Agreement.  Contractor agrees to furnish LaserShip such further evidence of compliance with the foregoing as LaserShip shall reasonably require, including but not limited to proof of income and payroll taxes currently paid by Contractor or withheld by Contractor from the wages of Contractor's Drivers and other workers. If LaserShip is required to pay or withhold any taxes or make any other payment with respect to fees payable to Contractor, Contractor shall reimburse LaserShip in full for all taxes or fees so paid, and permits LaserShip to make deductions for such taxes and fees required to be withheld from Contractor's compensation or any other sum due Contractor.

d.    <u>Background Investigation, Drug and Alcohol Testing, Polygraph Testing</u>. Contractor and Contractor's Drivers shall be subject to and comply with any Substance Abuse Policy adopted by LaserShip or its customers. Additional investigations and/or testing may be required by LaserShip upon notice for other reasons including, but not limited to, accident, injury, reasonable suspicion of theft or loss of life.  Contractor shall, at Contractor's expense, secure and furnish LaserShip with the results of such investigation and testing within 72 hours of notice from LaserShip to complete same. If Contractor fails to do so within such time, then LaserShip is authorized but not required to arrange such investigation and testing at Contractor's expense and deduct or otherwise recover, pursuant to Section 8 of this Agreement, amounts reflecting all of LaserShip's expense in obtaining and administering such investigation and testing.

e.    <u>Contractor's Drivers</u>.  Contractor has the right to hire or retain assistants, employees or sub-contractors at Contractor's own expense to provide services under this Agreement as competent professional drivers. Contractor's Drivers, as defined in Section 1(c), shall meet LaserShip's minimum driver qualification standards and all of the applicable requirements of the DOT, including but not limited to, familiarity and compliance with state and federal motor carrier safety laws and regulations. The parties agree that LaserShip shall have the right to disqualify any driver provided by Contractor in the event that the driver is found to be unsafe, unqualified, unfit, uninsurable, or marginal, pursuant to federal or state law, in violation

LaserShip, Inc. Independent Contractor Agreement

of LaserShip's minimum qualification standards, or in violation of any policies of LaserShip's customers. Drivers with a recent history of accidents, traffic convictions and/or serious traffic offenses will not meet LaserShip's minimum qualification standards. Upon a Driver's disqualification by LaserShip, Contractor shall be obligated to furnish another competent, reliable and qualified professional driver that meets the minimum qualification standards established by LaserShip. Contractor acknowledges that Contractor shall be solely responsible for all government requirements in acquiring and retaining employees, including without limitation, payment of payroll taxes, unemployment insurance and workers' compensation insurance for such Drivers.

    f.    Workers' Compensation/Occupational Accident Insurance Coverage.

    i.    Workers' Compensation Coverage. Contractor shall, provide workers' compensation insurance coverage for Contractor (if a natural person) and Contractor's Drivers and other helpers, employees, agents, and other persons required to be covered under the workers' compensation law of the applicable state and in amounts not less than the statutory limits required by such state's law. Contractor shall additionally provide coverage for any other persons required to be covered under the worker's compensation law of any state that is reasonably likely to have jurisdiction over Contractor's business operations and in amounts not less than the statutory limits required by such applicable state law. The worker's compensation insurance policy shall provide principal coverage in the state of Contractor's business domicile (or the state of residence, if Contractor is a natural person) as well as the state in which the work is principally localized, and shall provide "other states coverage" that excludes only North Dakota, Ohio, Washington, and Wyoming. As evidence of such coverage, Contractor shall provide LaserShip with a copy of the insurance policy declarations page for LaserShip's verification before operating the Equipment under this Agreement.

    ii.    Occupational Accident Insurance Coverage. If (a) Contractor is the sole owner and the sole and exclusive operator of the Equipment and (b) the state in which the work is principally localized is not Colorado, Massachusetts, Nevada, New Hampshire, New Jersey, or North Carolina, then Contractor may, as an alternative to obtaining workers' compensation coverage, obtain occupational accident insurance policy that includes either an endorsement or a separate policy provision (to the extent such endorsement or separate policy is available to contractors operating in the transportation industry) which are equivalent in coverage terms, scope and amounts to any such policy, policies and/or endorsement facilitated by LaserShip whereby the insurer provides, or agrees to provide, workers' compensation coverage that becomes effective for a claim by Contractor alleging employee status. The policy or policies and/or endorsement referenced herein (including occupational accident insurance and any policy or endorsement providing contingent workers' compensation coverage if available) shall be subject to LaserShip's review and confirmation of equivalent coverage as referenced above.

LaserShip, Inc. Independent Contractor Agreement

g.   Vehicles, Equipment and Operating Expenses.   Contractor shall, at Contractor's sole cost and expense, comply with the terms set out in Section 3 of this Agreement. Contractor and Contractor's Drivers, Driver's Helpers, and other workers shall, for purposes of security and compliance with Customer requirements, follow the policies of LaserShip's Customers regarding security clothing and identification. Any failure to do so shall constitute a material breach of the Agreement by Contractor. LaserShip shall not be responsible for or liable to Contractor for any expenses paid or incurred by Contractor including, without limitation, vehicle expenses such as fuel and fuel taxes, repair and maintenance expenses, license and registration costs, toll expenses, parking, traffic tickets and any other fines and penalties, telephone calls, and vehicle insurance.

h.   Paperwork Requirement. Contractor shall submit to LaserShip, on a timely basis, all driver logs and supporting documents, physical examination certificates, accident reports, and any other required data, documents or reports, including any documentary evidence that LaserShip requests proving Contractor has paid all taxes legally due and owing to any government body. As required by 49 C.F.R. § 376.12(l), LaserShip will keep the original of this Agreement with a copy to be maintained by Contractor, and a second copy to be carried in the Equipment during the term of this Agreement.

i.   Requirements Applicable to All of Contractor's Insurance Coverages. Contractor shall procure insurance policies as provided for in, and pursuant to the terms of, this Section 5 and Appendix C to the Agreement.

j.   Notification of Accidents, Delays, and Damage. Contractor agrees to cause no delay in delivering Jobs. Contractor or Contractor's Drivers shall report to LaserShip as soon as possible any delays or Equipment breakdown that might interrupt a timely delivery. Contractor shall immediately report all accidents occurring during its operations under this Agreement, and all damage to any goods being delivered pursuant to this Agreement. Contractor and Contractor's Drivers or other workers shall cooperate fully with LaserShip with respect to any legal action, regulatory hearing or other similar proceeding arising from the operation of the Equipment, the relationship created by this Agreement or the services performed hereunder. Contractor shall, upon LaserShip's request and at Contractor's sole expense, provide written reports or affidavits, attend hearings and trials and assist in securing evidence or obtaining the attendance of witnesses. Contractor shall provide LaserShip with any assistance as may be necessary for LaserShip or LaserShip's representatives or insurers to investigate, settle or litigate any accident, claim or potential claim by or against LaserShip. If any such occurrence or damage is not reported immediately to LaserShip, Contractor agrees to reimburse LaserShip for all expense incurred as a result of the delay in reporting.

k.   Acknowledgement of Benefit Ineligibility.   Contractor agrees, acknowledges, and understands that Contractor is not classified as an employee of LaserShip eligible for any benefits which may be offered to LaserShip's employees including, without limitation: medical benefits; pension benefits; paid vacation, sick leave or other paid time off; bonus or stock option plans; retirement plans; life, health, disability, liability, unemployment, or any other type of insurance; premium "overtime" pay; or any other fringe benefits, compensation, insurance coverage or other economic entitlements provided by LaserShip to its

LaserShip, Inc. Independent Contractor Agreement

employees of any kind, now or at any time in the future (collectively referred to as "Employee Benefits"). Contractor hereby expressly waives, to the fullest extent permitted by law, any and all claims and/or rights Contractor may have or may later accrue, to Employee Benefits. Contractor further acknowledges and agrees that Contractor will not be eligible for any Employee Benefits even if a court, governmental agency, or arbitrator subsequently determines under common law, statute or otherwise that Contractor is an employee of LaserShip based upon the services Contractor provides. Contractor understands the significance of Contractor's exclusion from and ineligibility to participate in any Employee Benefits and irrevocably agrees to Contractor's exclusion from same. Contractor agrees that Contractor will be excluded regardless of whether Contractor is classified as an employee for any other purpose. Contractor further agrees that in the event of any claims brought or threatened by any party against LaserShip relating to Contractor's status as an independent contractor, Contractor shall cooperate in all reasonable respects with LaserShip, including the support of the assertions of independent contractor status made in this Agreement as well as the forbearance from any act, statement or position inconsistent with that status.

l. <u>Shipping Documents</u>. Contractor agrees that all bills of lading, waybills, freight bills, manifests, or other papers identifying the property carried on the Equipment shall be those of LaserShip, or as authorized by LaserShip, and shall indicate that the property transported is under the responsibility of LaserShip or a carrier with which the Equipment has been subcontracted.

m. <u>Safe Operations</u>. Contractor agrees to operate the Equipment in a safe and prudent manner at all times so as to avoid endangering the public, the driver, and/or the property being transported and in accordance with this Agreement, the laws of the various jurisdictions in which the Equipment will be operated and pursuant to the operating authorities of LaserShip, and in accordance with all rules related to traffic safety, highway protection and road requirements. Moreover, Contractor agrees that all drivers and/or workers employed by Contractor will comply with the terms of this Agreement, including the requirement of safe operations, while operating the Equipment on behalf of Contractor. Contractor agrees that any driver utilized by Contractor will comply with LaserShip's policies and procedures and any subsequent revisions thereto, which will be provided by LaserShip.

6. <u>Indemnification</u>. The work to be performed under this Agreement shall be performed entirely at Contractor's risk and expense and in a manner that complies with all applicable federal, state and local laws rules and regulations. Contractor shall indemnify, defend and hold LaserShip, its employees, agents and contractors harmless from any and all liabilities, claims or demands (including the costs, expenses, and attorneys' fees on account thereof) of third parties for direct, indirect, or consequential loss or damage to property, or injury to or death of persons, or any delay, fine, civil penalty, or expense arising out of or relating to Contractor's activities, operations or omissions, including those of the Contractor's Drivers, Drivers' helpers, and other workers pursuant to this Agreement. Such indemnification shall survive the expiration or termination of services under this Agreement. LaserShip, including its employees, agents and contractors, shall have no liability to Contractor with respect to any claim arising out of, in connection with, or resulting from this Agreement or the subject matter hereof, including but not limited to, claims arising in contract, tort (including negligence of any degree) or otherwise,

LaserShip, Inc. Independent Contractor Agreement

except for the payment by LaserShip of compensation due under the terms of this Agreement. Contractor also agrees to rely solely upon the insurance maintained by Contractor for compensation or indemnification with respect to any automobile, workers' compensation or other claim that is incurred while Contractor is performing services pursuant to this Agreement. The indemnification of LaserShip, its employees, agents and contractors, by Contractor required by this Section 6 shall apply in the event, among others, that any claims, actions, administrative proceedings, or arbitrations are brought by employees or other personnel Contractor furnished, by any union, by the public, or by any federal, state, local, or foreign authority, that arise out of Contractor's furnishing of Drivers, Drivers' helpers, and other workers and that hold that Contractor or any of Contractor's workers are an employee (but not a statutory employee resulting from Contractor's failure to comply with law) of LaserShip. Contractor hereby authorizes LaserShip to deduct or otherwise recover any amounts due LaserShip under this Section 6 from Contractor's compensation and any other amounts due Contractor from LaserShip, and, if necessary, to recover such amounts through all available lawful means.

7.      Compensation & Settlement Period.

a.      Contractor shall be paid in accordance with Appendix B to this Agreement, as the total compensation for everything furnished, provided, or done by Contractor in connection with this Agreement, including driver's services. All mileage computations shall be determined as set forth in Appendix B. Although LaserShip shall use reasonable efforts to make shipments available to Contractor for transportation during the term of this Agreement, Contractor acknowledges and agrees that LaserShip does not guarantee any specific number of shipments or amount of revenue to Contractor during the term of this Agreement. Contractor may refuse any specific shipment offered by LaserShip. Contractor is not prohibited from entering into separate agreements to provide equipment and other professional truck drivers not identified as Equipment above or in an attachment and drivers not used to service this Agreement, to other motor carriers.

b.      LaserShip shall settle with Contractor with respect to services provided under this Agreement within 15 calendar days after Contractor's submission, in proper form, of those documents necessary for LaserShip to secure payment from its customers, including the signed freight bill, delivery receipt or bill of lading, and properly completed logs as required by the U.S. DOT. Where Contractor is paid a percentage of revenue, LaserShip will provide Contractor with a copy of the rated freight bill (or a computer-generated summary) before or at the time of settlement. Contractor may examine LaserShip's tariffs, or other contracts or documents, if any, from which charges and rates are computed; provided, however, only that information that would appear on a rated freight bill will be disclosed by LaserShip. LaserShip shall have the right, but not as a condition of settlement and payment, to review all of Contractor's documents and records relating to the use of the Equipment and the services provided under this Agreement and Contractor agrees to provide LaserShip with access to such documents and records upon reasonable notice. With respect to final settlement upon termination of this Agreement, the failure on the part of Contractor to remove and return to LaserShip all identification devices of LaserShip or a letter certifying their removal shall entitle LaserShip to withhold any payments owed to Contractor until such obligation is met.

8.     Charge-Backs.   LaserShip shall deduct from Contractor's compensation at the time of payment to or settlement with Contractor, any liabilities, expenses, taxes, fees, fines, penalties, damages, losses, and other amounts paid, owed, or incurred by LaserShip, or that Contractor owes to a third party under a purchase or rental contract, that, under this Agreement, Contractor is obligated to bear. Such expenses shall be deducted from the amount of Contractor's settlement compensation and shall include those expenses set forth in Appendix B of this Agreement. The amount of each item to be charged back to Contractor shall be computed based on the cost or expense incurred by LaserShip and any administrative fee or mark-up disclosed in Appendix B or elsewhere in this Agreement or any addendum thereto. LaserShip shall provide Contractor written itemization and documentation of all charge-backs where such documentation is necessary to verify the validity of the charge.

Alternatively, LaserShip, in its sole discretion, may invoice Contractor once per week for any liabilities, expenses, taxes, fees, fines, penalties, damages, losses, and other amounts paid, owed, or incurred by LaserShip, or that Contractor owes to a third party under a purchase or rental contract, that, under this Agreement, Contractor is obligated to bear. Such invoice shall be paid in full within the time set forth on the invoice. The invoice shall include those expenses set forth in Appendix B of this Agreement.   The amount of each item to be charged back to Contractor shall be computed based on the cost or expense incurred by LaserShip and any administrative fee or mark-up disclosed in Appendix B or elsewhere in this Agreement or any addendum thereto. LaserShip shall provide Contractor written itemization and documentation of all charge-backs where such documentation is necessary to verify the validity of the charge. If the payment due on any invoice is not received within the time set forth on the invoice, LaserShip has the right to immediately offset any amount owed by Contractor to LaserShip under this Agreement or any other agreement against any amount owed by LaserShip or any LaserShip Affiliate to Contractor under this Agreement or any other agreement.

At the time of final settlement under this Agreement, LaserShip shall charge back, or otherwise recover pursuant to this Section, from Contractor's settlement compensation the entire amount of any remaining balance of costs and expenses initially incurred by LaserShip on Contractor's behalf which LaserShip is authorized to charge back or invoice pursuant to this Section, Section 2 of Appendix B or as otherwise set out in this Agreement or any other agreement between the parties

9.     Confidential Information, Trade Secrets, Etc.   Contractor hereby recognizes and acknowledges that any list of LaserShip's customers, as it may exist now or from time to time, is a valuable, special and unique asset of the business of LaserShip. Contractor agrees, during the term of services under this Agreement and after the termination thereof, for the maximum time allowed under applicable law, Contractor shall not for any reason use or divulge, publish or disclose to any person or entity, information obtained by Contractor during the term of services under this Agreement which is a trade secret. During the term of services under this Agreement and for a period of one (1) year after the termination of services, Contractor shall not for any reason, except in the proper course of Contractor's duties hereunder, use, divulge, publish or disclose to any person or entity, information obtained by Contractor during the term of services under this Agreement which is not a trade secret, but which is sensitive, confidential, and not generally known to others in the industry. Such information shall expressly include, but shall not

be limited to, price lists, prospects lists, business plans, company developed or modified software, customer order history, company developed software operating manual (information or documents containing information about company developed software), vendor list, vendor pricing, procedures manual, business strategies and policies, accounts, trade secrets, procedures and methods, plans for expansion of territory or services, delivery networks, vendors and vendor agreements, payment for employees, compensation for independent contractors, business operations, business records, customer/client information, financial information, or contracts or prospective contracts with customers or prospective customers, and such other information or documentation that the Company has designated through policies or has otherwise marked as confidential information (hereinafter all such information is referred to as "Confidential Information"). Contractor further agrees that upon termination of services under this Agreement, Contractor will immediately return to LaserShip all documents or other materials related to the trade secrets and Confidential Information described herein. Contractor agrees that LaserShip will be irreparably damaged in the event of any breach of this provision by Contractor. Accordingly, in addition to any other legal or equitable remedies that may be available to LaserShip, Contractor agrees that LaserShip will be able to seek and obtain immediate injunctive relief in the form of a temporary restraining order without notice, preliminary injunction, or permanent injunction against Contractor to enforce this confidentiality provision. LaserShip shall not be required to post any bond or other security and shall not be required to demonstrate any actual injury or damage to obtain injunctive relief from the courts. Nothing hereunder shall be construed as prohibiting LaserShip from pursuing any remedies available to LaserShip at law or in equity for such breach, including the recovery of monetary damages from Contractor.

      10.    Insurance.    The respective obligations of the parties shall be set forth in Appendix C. LaserShip shall maintain public liability, property damage and cargo insurance in such amounts as are required by the DOT and applicable state regulatory agencies. LaserShip shall maintain insurance coverage for the protection of the public pursuant to 49 U.S.C. § 13906. LaserShip's possession of legally required insurance shall in no way restrict LaserShip's right of indemnification from Contractor as provided under this Agreement. It shall be considered a material breach of this Agreement where Contractor is determined by LaserShip or LaserShip's insurer to be uninsurable for any reason.

      11.    Gramm-Leach-Bliley Act Confidentiality

      The performance of services for a financial institution may allow Contractor access to a consumer's nonpublic personal information. Nonpublic personal information is any personally identifiable financial information about a consumer which is not publicly available, regardless of whether it was provided to the financial institution by the consumer, or otherwise. The privacy of the consumer's nonpublic personal information is protected by the Gramm-Leach-Bliley Act.

      a.    Contractor must not disclose either directly or indirectly, to any person or entity, a consumer's nonpublic personal information which Contractor learned or had access to during the course of performance of services for a financial institution, unless the information is already in the public domain. This prohibition does not prevent the disclosure of information that is reasonably necessary to perform a service requested or authorized by the financial institution or the consumer, or as permitted by law.

LaserShip, Inc. Independent Contractor Agreement

b.     All proper and necessary safeguards are to be used to prevent the use and disclosure of consumer's nonpublic personal information.

c.     Carrier will be notified immediately of any suspected or actual disclosure of a consumer's nonpublic information.

d.     Upon completion of services, Contractor will continue to extend confidentiality protections to all consumer nonpublic personal information in order to prevent unauthorized use or disclosure.

12.     Health Insurance Portability and Accountability Act Confidentiality

The performance of services may allow Contractor access to Protected Health Information ("PHI"). PHI is any information that could specifically lead to the identification of a patient. This information includes, but is not limited to, a patient's name, age, social security number, hospital number, and diagnoses. The privacy of PHI is protected by the Health Insurance Portability and Accountability Act ("HIPAA").

a.     Contactor must not disclose, either directly or indirectly, to any person or entity, any PHI in a manner that will constitute a violation of 45 C.F.R. Parts 160 and 164. This prohibition does not prevent the disclosure of information that is reasonably necessary to perform the requested service or a legal obligation.

b.     All proper and necessary safeguards are to be used to prevent the use and disclosure of PHI.

13.     Remedies in the Event of Breach.   Notwithstanding anything to the contrary in this Agreement, this Agreement may be terminated immediately, at any time, by either party in the event of a party's actual or threatened commitment of a felony or intentional tort; violation of, or failure to comply fully with, the requirements of any applicable federal, state, local, and foreign authorities, including but not limited to DOT, state, provincial, or local highway safety, vehicle inspection, vehicle maintenance, traffic, road, truck size-and-weight, hazardous materials transportation, cargo security, or other laws and regulations ("Applicable Law"); material breach of this Agreement; or the occurrence of an "accident," as that term is defined by FMCSA in 49 C.F.R. § 390.5, that, in LaserShip's reasonable judgment, was caused in whole or in part by Contractor's negligence, gross negligence, or willful misconduct.   In the event of a breach, the non-breaching party may elect to terminate the Agreement by giving immediate oral, followed by written, notice of termination to the offending party.   If, in LaserShip's judgment, Contractor has subjected LaserShip to liability because of Contractor's acts or omissions, LaserShip may take possession of the shipment entrusted to Contractor and complete performance.   In such event, Contractor shall waive any recourse against LaserShip for such action and Contractor shall reimburse LaserShip for all direct or indirect costs, expenses, or damages, including attorney's fees, incurred by LaserShip as a result of LaserShip's taking possession of the shipment and completing performance.

LaserShip, Inc. Independent Contractor Agreement

If Contractor breaches any provision of this Agreement, Contractor shall be liable to LaserShip for any and all damages, including, without limitation, consequential and incidental damages resulting from such breach, and shall also be liable for the reasonable attorneys' fees and costs incurred by LaserShip in any litigation related to this Agreement where LaserShip is the prevailing party.

14.   Purchase or Rental of Products, Equipment, or Services.   Contractor is not required to purchase or rent any products, equipment, or services from LaserShip as a condition of entering into this Agreement. In the event Contractor elects to purchase or rent equipment from LaserShip or from any third party, for which the purchase or rental contract gives LaserShip the right to make deductions from Contractor's settlement, then the parties mutually agree to attach and incorporate each such contract, specifying all terms thereof, to this Agreement as a separate addendum.

15.   LaserShip's Responsibilities.

a.   Exclusive Possession and Control.   The   Equipment   shall   be   for LaserShip's exclusive possession, control, and use for the duration of this Agreement. As such, Contractor shall not operate the Equipment for any other motor carrier or entity during the term of this Agreement without prior written consent from LaserShip.   LaserShip shall assume complete responsibility for the operation of the Equipment for the duration of this Agreement. This subparagraph is set forth solely to conform with DOT regulations and shall not be used for any other purposes, including any attempt to classify Contractor as an employee of LaserShip. Nothing in the provisions required by 49 C.F.R. § 376.12(c)(1) is intended to affect whether Contractor or its drivers are an independent contractor or an employee of LaserShip.   An independent contractor relationship may exist when a carrier complies with 49 U.S.C. § 14102 and attendant administrative requirements.   Notwithstanding the above, Contractor is not prohibited from providing transportation services for other common or contract carriers or any other person or entity, provided that Contractor complies with the trip lease requirements set forth under federal law in 49 C.F.R. Part 376.  LaserShip assumes no responsibility for the collection of freight charges or payment to Contractor for any trip-lease or subcontract related revenue. During the term of any trip lease or subcontract, Contractor will remove or cover up all of LaserShip's identification on the Equipment and display instead the trip-lease carrier's identification and, as between Contractor and LaserShip, LaserShip will have no responsibility for, and Contractor will fully indemnify LaserShip regarding, the operation of the Equipment.

b.   Identification of the Equipment.   LaserShip   shall   identify   the Equipment in accordance with the requirements of the DOT or other federal or state regulatory agencies. LaserShip shall have the right to place and maintain on the Equipment LaserShip's name and any lettering, advertisement, slogans or designs as LaserShip may choose, to the extent required by applicable laws and regulations. Contractor shall remove such identification at the termination of this Agreement or while operating such Equipment for any purpose other than conducting LaserShip's business.  At its discretion, Contractor may have the identification permanently painted on or applied to the Equipment. Contractor further agrees to keep the Equipment in clean appearance and identified as described herein, at its sole cost and expense.

LaserShip, Inc. Independent Contractor Agreement

LaserShip agrees that Contractor may display Contractor's name and address on the Equipment where required by applicable state law.

16.     Cargo Claims. Contractor shall immediately report all cargo claims, including all shortages, overages or other exceptions to the cargo, to LaserShip. Contractor shall be liable for, and LaserShip shall charge back to Contractor, the first $15,000 of each cargo claim, including but not limited to, delay, shortages, misdelivery, and any direct damage claim relating to lost, damaged or contaminated loads, arising out of, or in connection with Contractor's services. The dollar limit in this section shall not apply to damages arising out of or in connection with such claims if involving Contractor's (including Contractor's Drivers', agents' or other workers' or employees') gross negligence, willful misconduct, breach of this Agreement, or other culpable acts or omissions. Before deducting any cargo claim from Contractor's compensation, LaserShip shall provide Contractor with a written explanation and itemization for each such claim.

17.     [Intentionally Left Blank]

18.     Loading and Unloading.     In the event the shipper or consignee does not assume loading and unloading responsibilities, Contractor shall be responsible for the loading or unloading of property transported on behalf of LaserShip at Contractor's expense.

19.     Governing Law.     This Agreement shall be governed by the laws of the Commonwealth of Virginia, both as to interpretation and performance, without regard to the choice of law rules of such Commonwealth or any other jurisdiction. Virginia law shall govern any disputes and claims arising under, out of, or in connection with or relating to this Agreement, any prior agreements between the parties, any current or prior relationship between the parties, any other dealings between the parties, or to any aspect of the relationship between the parties to this Agreement. Contractor hereby expressly waives, to the fullest extent legally possible, all rights and protections of any state law other those contained in the laws of the state of Virginia.

20.     Choice of Forum.     The parties agree that any legal proceedings between the parties arising from, in connection with, or relating to this Agreement or arising out of, in connection with or relating in any way to any prior agreements between the parties, any current or prior relationship between the parties, any other dealings between the parties, or to any aspect of the relationship between the parties to this Agreement, whether under federal, state, local, or foreign law, shall be brought exclusively in Vienna, Virginia, or the nearest location in Virginia where such proceedings can be maintained. LaserShip and Contractor hereby consent to the jurisdiction and venue of such fora.

21.     Dispute Resolution.

a.     All disputes, claims, and controversies arising under, out of, in connection with, or relating to this Agreement, any aspect of any relationship between the parties to this Agreement, or arising out of, in connection with or relating in any way to any prior agreements between the parties, any prior relationship between the parties, and any other dealings between the parties, from the beginning of the world until the date of this Agreement, or any other claims of whatever nature between the parties hereto, including any those arising under any federal,

LaserShip, Inc. Independent Contractor Agreement

state, or local law, statute, ordinance, or regulation, or based on any public policy, contract, tort, or common law or any claims for costs, fees, or other expenses or relief, including attorney's fees or multiple or liquidated damages, and any disputes as to the rights and obligations of the parties, including the arbitrability of such disputes, shall be fully resolved by arbitration in accordance with the Federal Arbitration Act (with respect to which the parties agree that this Agreement is not an exempt "contract of employment") and the Virginia Uniform Arbitration Act, and as described further below.

      b.     The parties agree that all arbitrated claims must be pursued on an individual basis only. By signing this Agreement, Contractor waives his/her right to commence, or be a party to, any class or collective claims or to bring jointly any claim against LaserShip with any other person. Nothing herein limits Contractor's right and the rights of others collectively to challenge the enforceability of this Agreement, including the class/collective action waiver in this sub-paragraph. While LaserShip will assert that Contractor has agreed to pursue all claims individually in the arbitral forum and may ask a court to compel arbitration of each individual's claims, to the extent the filing of such an action is protected concerted activity under the National Labor Relations Act, such filing will not result in threats, discipline or discharge.

      c.     Any claim for arbitration will be timely only if brought within the time in which an administrative charge or complaint would have been filed if the claim is one which could be filed with an administrative agency. If the arbitration claim raises an issue which could not have been filed with an administrative agency, then the claim must be filed within the time set by the appropriate statute of limitation.

      d.     The arbitration shall be conducted by a single arbitrator in accordance with the Comprehensive Dispute Resolution Rules and Procedures of National Arbitration and Mediation, Inc. ("NAM"), with the exception of any class or collective action procedures under those rules. You may contact NAM to request a copy of these rules at 990 Stewart Avenue, Garden City, NY 11530, telephone no. (800) 358-2550, fax no. (516) 794-8518 or obtain them from NAM's website (www.namadr.com). If for whatever reason NAM declines to act as the neutral, the parties shall utilize JAMS (www.jamsadr.com) as the arbitrator and shall utilize its Comprehensive Arbitration Rules & Procedures, with the exception of any class or collective action procedures under those rules.

      e.     The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Dispute Resolution provision including, but not limited to any claim that all or any part of this Agreement is void or voidable, except that any determination as to the enforceability of the class/collective action waiver in Paragraph 16(a) above shall be made solely by a court. If the prohibition against class/collective actions is deemed unlawful, then such action shall proceed forward in court as a collective or class action. The arbitrator shall have no power under this Agreement to consolidate claims and/or to hear a collective or class action.

      f.     The substantive law of the Commonwealth of Virginia shall apply to any arbitration under this provision, and the parties agree that the arbitrator's award shall be final and

LaserShip, Inc. Independent Contractor Agreement

binding.  Judgment on any award an arbitrator enters may be entered in any court having jurisdiction over the parties.  To the extent that any claim is found not to be subject to arbitration, such claim shall be either decided by the state or federal courts serving Vienna, Virginia, and all such claims shall be adjudicated by a judge sitting without a jury.  **LASERSHIP AND CONTRACTOR EXPRESSLY WAIVE HIS/HER/ITS RIGHT TO A TRIAL BY JURY.**

g.      Any relief or recovery to which either party may be entitled shall be limited to that awarded by the arbitrator.  All orders of the arbitrator (except evidentiary rulings at the arbitration) shall be in writing and subject to review pursuant to the Federal Arbitration Act and the Virginia Uniform Arbitration Act.

h.      To the extent any of the provisions of this Dispute Resolution provision conflict with any standard rules of the arbitration service being used, the express provisions of this Agreement shall prevail.

i.      LaserShip agrees to reimburse Contractor for any administrative filing fees the NAM/JAMS may impose to initiate arbitration.  LaserShip further agrees to pay all travel, lodging, and meal costs of the arbitrator.  LaserShip also agrees that if it prevails at the arbitration it shall not seek or pursue costs from Contractor, even if at law it would otherwise be entitled to pursue such costs.  However, distinct from costs, LaserShip retains any rights it may have to recover its attorneys' fees:  e.g., for frivolous claims.

j.      Notwithstanding the foregoing, this Dispute Resolution provision shall not apply to any claim or action brought by LaserShip, in whole or in part, for declaratory relief or to restrain or enjoin any act or omission.  LaserShip may, in its sole and absolute discretion, elect to proceed with such claim in any state or federal forum at any time.  Any failure or delay on the part of LaserShip in making such election shall not operate as a waiver of the right to do so.

k.      BY SIGNING THIS AGREEMENT, CONTRACTOR KNOWINGLY AND FREELY AGREES TO THIS MUTUAL AGREEMENT TO ARBITRATE CLAIMS, WHICH OTHERWISE COULD HAVE BEEN BROUGHT IN COURT.  CONTRACTOR AFFIRMS THAT HE/SHE HAS HAD SUFFICIENT TIME TO READ AND UNDERSTAND THE TERMS OF THIS AGREEMENT AND ITS RELEASE AND DISPUTE RESOLUTION PROVISION, AND THAT HE/SHE HAS BEEN ADVISED OF HIS/HER RIGHT TO SEEK LEGAL COUNSEL REGARDING THE MEANING AND EFFECT OF THIS AGREEMENT PRIOR TO SIGNING.

22.     Notices. All notices required or permitted by this Agreement shall be in writing (unless permitted elsewhere in this Agreement to be oral) and shall be deemed to have been fully given (unless otherwise specified in the Agreement) (a) upon delivery if delivered in person or by facsimile transmission; (b) on the next business day after being deposited with an overnight delivery company with the express charges prepaid; or (c) on the date indicated on the return receipt, or if there is no such receipt, on the third business day after being deposited in the United States Mail with first-class postage prepaid; in each event properly addressed to the other party at the address or fax number shown at the end of this Agreement. LaserShip and Contractor shall be under a continuing duty to provide a correct address and telephone number to the other party,

and LaserShip and Contractor (if the latter has a fax machine) to provide a correct fax number to the other. Notice of an address, telephone-number, or fax-number change shall be given in writing.

23.   Miscellaneous.

a.   Headings and Other Matters. The headings herein are for convenience only and shall not affect the interpretation of this Agreement. Use in the Agreement of "it or its," when referring to Contractor, shall be read as "him/her," and "his/her," respectively, if Contractor is a natural person. All dollar amounts specified in the Agreement are based on U.S. Dollars. Original, faxed, or otherwise-imaged signatures shall be equally valid. Any translation of this Agreement which is furnished to Contractor is solely for Contractor's information and convenience. In the event of any conflict between such translation and this English version, the terms of this Agreement in the English language shall prevail. Any translation of this Agreement which is furnished to Contractor shall not be considered or utilized in any way in interpreting any of the terms of this English version.

b.   Assignment. This Agreement shall be binding upon and inure to the benefit of the parties to this Agreement and their respective successors. LaserShip may assign any and all rights and obligations under this Agreement to any other person or entity, whether or not affiliated with LaserShip with or without notice to Contractor  However, Contractor shall not assign or subcontract this Agreement or all or any portion of Contractor's rights or obligations under the Agreement to another party without the prior written consent of LaserShip, unless otherwise expressly provided for herein.

c.   Severability. If the parties' original intent as permitted under applicable law, any provision (including any sentence or part of a sentence) of this Agreement is found or held to be invalid, unenforceable or illegal to any extent, the remaining provisions of this Agreement shall not be affected and shall be enforceable to the fullest extent of the law. Any provision voided by operation of the foregoing shall be replaced with provisions which shall be as close to the parties' original intent as permitted by applicable law.

d.   Entire Agreement. This Agreement supersedes any and all other agreements, oral or written, expressed or implied, or practices, between the parties, and may not be modified or amended, except in a writing signed by a duly authorized representative of LaserShip and by Contractor, except as otherwise provided with respect to deductions in Appendix B and insurance deductions in Section 6 of Appendix C. Certain promises contained in many sections herein are intended to survive the expiration of this Agreement.

e.   Waiver. The failure or refusal of either party to this Agreement to insist upon the strict performance of any of the terms and conditions of this Agreement, or the waiver of any breach of any of the terms or conditions of this Agreement, shall not be construed as thereafter waiving any such terms and conditions, or be deemed a customary practice contrary to the exercise of any right provided for in this Agreement, but the same shall continue and remain in full force and effect as if no such forbearance or waiver had occurred.

LaserShip, Inc. Independent Contractor Agreement

f.   Third-Party Beneficiaries. The terms of this Agreement shall inure to the benefit of all parents, subsidiaries and affiliates of LaserShip as well as its and their respective officers, directors, executives, employees and agents, all of which shall be considered third-party beneficiaries of this Agreement and who shall be entitled to enforce its terms in its/their own names.

g.   Binding Effect. This Agreement shall not become effective or binding until execution below by a duly authorized representative of LaserShip.

h.   Multiple Counterparts and Facsimile Signatures. This Agreement may be signed in multiple counterparts and, when each Party has signed a counterpart hereof, each counterpart shall be a binding and enforceable Agreement as an original. This Agreement, when executed by either party, may be transmitted to the other by facsimile or electronically and such facsimile or electronic signatures will be deemed to be as valid as an original signature, whether or not confirmed by delivering the original signatures.

i.   Survival. Sections 6, 8, 9, 10, 19, 20, 21, 23 and all other terms and provisions of this Agreement which by their nature are intended to survive, shall survive any expiration or termination of this Agreement.

The parties, by their signatures herein, declare that they fully understand the Agreement and the terms, covenants and conditions herein, and each believes the Agreement to be fair, just and reasonable. Each signs the Agreement freely and voluntarily.

CONTRACTOR:                                                LASERSHIP, INC.

By/Signature: _Jodola Aboulian_                          By: _Amanda_

Print Name: _Sandala Aboulession_                        Title: _Admin_

LaserShip, Inc. Independent Contractor Agreement

## Appendix A

The motor vehicle equipment ("Equipment") governed by this Agreement consists of each of the following units. **This Appendix A shall serve as the Equipment Receipt, required under 49 C.F.R. § 376.11(b), issued by LaserShip to Contractor**.

| Equipment Type | Make | Model | Serial (last 4 digits of VIN) # |
|---|---|---|---|
| pickup | Chevrolet | c/1500 | 9914 |
| | | | |
| | | | |
| | | | |
| | | | |

**THIS APPENDIX A is agreed to by the undersigned parties as of the latest date set forth below.**

**CARRIER: LaserShip, Inc.**

By: _Amanda C_
    Signature
_Amanda Ojeda_
Authorized Rep.'s Name (Typed or Printed)
_Admn_
Title
_03/09/2016_
Date

**CONTRACTOR:**
Social Security (last 4 digits) or Employer ID No. Redacted

By: _Sarlet ABorder_
    Signature
_Sarlet Abrderson_
Authorized Rep.'s Name (Typed or Printed)

Title
_03-09-2016_
Date

LaserShip, Inc. Independent Contractor Agreement

## Appendix B

### Contractor's Compensation

1.  <u>Compensation</u>.        Unless otherwise agreed to in writing between the parties, LaserShip shall pay Contractor based upon the percentages, mileage and/or rates as set forth in Schedule One to this Appendix.

   a)  <u>Definitions</u>. For purposes of this Appendix B and its schedules:

      i.  "Gross receipts" shall mean all revenue received by LaserShip from the shippers, consignees, or other carriers for commodities hauled by Contractor under the Agreement, exclusive of toll and fuel surcharge payments and reduced by: (a) any and all expenses attributed to accessorial services paid to a third party or to Contractor by LaserShip; (b) the amount paid to any third party by LaserShip in relation to movement of the load, including without limitation, amounts paid to other contractors as a pro-rata payment for their participation in the movement of a load; (c) any amount paid by LaserShip to interline or augmenting carriers; (d) any warehouse or storage charges; (e) any revenue received by LaserShip as an excess value or insurance charge on high value shipments; (f) all incentives, discounts or commissions given to LaserShip's customers or other third parties; and (g) amounts paid or accrued for certain specialized services.

      ii. "Mile" shall mean the unit of linear measure determined by industry standard geographic information system ("GIS") tools incorporated into LaserShip's operational systems. The measurement of miles shall be taken during the shortest one-way road travel distance between two physical addresses while observing all traffic laws. (Typically between the driver's location at the time of dispatch and the intended delivery address). The measurement shall not include any other travel, such as return travel to starting point, return travel to terminal, or travel to a non-delivery related location.

      iii. "Package" shall mean a parcel or group of parcels handled as a single unit. This includes packages wrapped in a single container, single cardboard box, single tote, single bag or plastic wrap, and intended to be handled as a single unit for delivery.

      iv. "Stop" shall mean (1) a single physical building with no unit, suite, floor, apartment number, or other subdivision; or (2) a unit, suite, floor, apartment number, or other subdivision within a single physical building. This definition of "stop" is subject to revision at any time a customer makes a specific request, and any changes shall be reflected in a revised Appendix or Schedule executed by LaserShip and Contractor.

   b)  <u>Accessorial Service Charges</u>. Unless otherwise agreed to in writing between the parties, such percentages, mileage and/or rates set forth in Schedule One shall
   LaserShip, Inc. Independent Contractor Agreement

include, where applicable, compensation for accessorial, detention, tarping, loading and unloading services.

    c)    <u>Additional Compensation</u>.

        i.  Advertising and Marketing. In the event Contractor and LaserShip execute the Advertising and Marketing Agreement, Contractor's compensation for services provided pursuant to the Advertising and Marketing Agreement shall be set out in Schedule One to this Appendix.

2.    <u>Charge-Back Items</u>.  The following items shall be charged back and deducted from Contractor's compensation or invoiced in accord with Section 8 of the Agreement:

| CHARGE-BACK ITEM | COST | ADMINISTRATIVE CHARGE |
|---|---|---|
| Advances in Compensation | Actual | 10% of advance |
| Fuel and Fuel Taxes | Actual | None |
| Other Operating Expenses (See Agreement § 3) | Actual | None |
| Cargo Claim | Actual up to $15,000; See Agreement § 16 | None |
| C.O.D. Charges | Actual | None |
| Fines and Penalties | Actual | None |
| Trailer Damage | Actual | None |
| Insurance Costs | See Appendix C | See Appendix C |
| Communication Equipment rental | See Communication Equipment Addendum | None |
| Extra Check Fee | $5.00 per check | None |
| Lost Check Fee | $30.00 | None |
| Rain Bags | $2.00 per bag | None |
| Lost ID Replacement Fee | $5.00 per ID | None |
| Truck Lease Payment | See Equipment Lease Addendum | See Equipment Lease Addendum |
| Security Clothing | Actual | None |

Contractor agrees that LaserShip may charge back to Contractor any other expenses or cost incurred by LaserShip for which Contractor is responsible under this Agreement or as otherwise agreed to by the parties.  Contractor hereby waives any objection to any charge-back item unless Contractor notifies LaserShip of Contractor's disagreement with such charge back within thirty (30) days of the charge back.

3.    <u>Changes in Deductions Items</u>.  If an item in any of the above columns will be changing, Contractor shall be so notified by personal delivery, fax, or other written notice.  In any event, Contractor shall not be subject to any such change until ten (10) calendar days

after such notice or such later time as is set forth in the notice. **Contractor's failure, by the end of ten calendar days after such notice, to notify LaserShip of any objection to the change shall constitute Contractor's express consent and authorization to LaserShip to implement the change and modify accordingly the deductions from Contractor's Settlement Compensation, beginning immediately after the ten-day period.** Such modified amounts shall replace and supersede those shown in the table in Section 2 above. If Contractor fails to notify LaserShip of Contractor's objection within the ten-day, the parties shall each have the right to terminate the Agreement immediately thereafter. Once the change becomes effective, Contractor still retains the right to terminate the Agreement in accordance with the procedures set forth in Section 4 of the Agreement (although Contractor shall remain subject to the change until the effective date and time of Contractor's termination).

**THIS APPENDIX** is agreed to by the undersigned parties as of the latest date set forth below.

**CARRIER: LaserShip, Inc.**                    **CONTRACTOR:**

By: _Amanda_                                     By: _Soodale ABoulou_

_Amanda Ojeda_                                        _Soodala Abrulessur_
Printed Name                                      Printed Name

Dated: _03|09|2016_                               Dated: _03-09-2016_

LaserShip, Inc. Independent Contractor Agreement

## Appendix C

### Insurance & Allocation of Liability

1.     <u>LaserShip's Insurance Obligations</u>.  It shall be LaserShip's responsibility, pursuant to DOT regulations promulgated under 49 U.S.C. § 13906 and  pursuant to applicable state laws, to provide public liability, property damage, and cargo liability insurance for the Equipment at all times while the Equipment is being operated on behalf of LaserShip.  However, LaserShip's possession of such insurance shall in no way affect LaserShip's rights of indemnification against Contractor as provided for in this Agreement.

2.     <u>Contractor's Insurance Obligations</u>.  Contractor shall maintain, at its sole cost and expense, the following minimum insurance coverages, together with those insurance coverages required under Section 5 of the Agreement, during this Agreement:

   a.  <u>Workers' Compensation/Occupational Accident Insurance</u>. Contractor        shall procure, carry and maintain workers' compensation or occupational accident insurance as set out in Section 5 of the Agreement.

   b.  <u>Liability and Cargo Insurance</u>.        Contractor   shall   procure,   carry,   and maintain, at Contractor's expense, liability and property damage insurance coverage for Contractor and any Drivers and other workers used by Contractor whenever the Equipment (as well as any LaserShip trailer) is not being operated on behalf of LaserShip (including, but not limited to, whenever the Equipment is being operated on behalf of others pursuant to a Trip Lease or whenever the Equipment is being operated on behalf of Contractor alone) with limits as set forth in Appendix D.  In addition, if the lines following this subsection are initialed by LaserShip and Contractor, Contractor shall obtain a cargo loss and damage insurance policy in a combined single limit of not less than $20,000.00 with a deductible no greater than five hundred dollars ($500.00) per occurrence. Such coverage shall be primary, as between LaserShip and Contractor, to any other insurance that may be available from LaserShip.  Contractor shall be responsible for all deductible amounts and for any loss or damage in excess of the policy limit.

If initialed by LaserShip and Contractor below, Contractor shall obtain cargo loss and damage insurance as set forth above:

| | |
|---|---|
| _____ | _____ |
| **Contractors' initials** | **LaserShip initials** |

   c.  <u>Other Insurance</u>.        In addition to the insurance coverages required under this Agreement, it is Contractor's responsibility to procure, carry and maintain any fire, theft, uninsured and/or underinsured motorist, and physical damage (collision), or other insurance coverage that Contractor may desire for the Equipment or for Contractor's health care or other needs.  As provided in this Agreement, Contractor holds LaserShip harmless with respect to loss of or damage to Contractor's Equipment, trailer, or other property, and LaserShip has no responsibility to procure, carry, or maintain any insurance

LaserShip, Inc. Independent Contractor Agreement

covering loss of or damage to Contractor's Equipment, trailer, or other property. Contractor acknowledges that LaserShip may, and Contractor hereby authorizes LaserShip to, waive and reject no-fault, uninsured, and underinsured motorist coverage from LaserShip's insurance policies to the extent allowed under Virginia law (or such other state law where the Equipment is principally garaged), and Contractor shall cooperate in the completion of all necessary documentation for such waiver, election, or rejection.

3.  <u>Requirements Applicable to All of Contractor's Insurance Coverages</u>. Contractor shall procure insurance policies providing the above-described coverages solely from insurance carriers that are rated at least "A" by A.M. Best (or of equivalent financial strength in the commercially-reasonable judgment of LaserShip), and Contractor shall not operate the Equipment under the Agreement unless and until LaserShip has determined that the policies are acceptable (LaserShip's approval shall not be unreasonably withheld). Contractor shall furnish to LaserShip written certificates obtained from Contractor's insurance carriers showing that all insurance coverages required above have been procured from insurance carriers rated at least "A" by A.M. Best (or of equivalent financial strength in the commercially-reasonable judgment of LaserShip), that the coverages are being properly maintained, and that the premiums thereof are paid. Each insurance certificate shall specify the name of the insurance carrier, the policy number, and the expiration date; list LaserShip as an additional insured with primary coverage on liability policies and as loss payee on cargo insurance; and show that written notice of cancellation or modification of the policy shall be given to LaserShip at least thirty (30) days prior to such cancellation or modification.

4.  <u>Contractor's Liability if Required Coverages are Not Maintained</u>. In addition to Contractor's hold harmless/indemnity obligations to LaserShip under the Agreement, Contractor agrees to defend, indemnify, and hold LaserShip harmless from any direct, indirect, or consequential loss, damage, fine, expense, including reasonable attorney fees, actions, claim for injury to persons, including death, and damage to property that LaserShip may incur arising out of or in connection with Contractor's failure to maintain the insurance coverages required by this Agreement. In addition, Contractor, on behalf of its insurer, expressly waives all subrogation rights against LaserShip, and, in the event of a subrogation action brought by Contractor's insurer, Contractor agrees to defend, indemnify, and hold LaserShip harmless from such claim.

5.  <u>Availability of Insurance Facilitated by LaserShip</u>. Contractor may, if Contractor so chooses by initialing one or more boxes in the right-hand column of the attached "CERTIFICATE OF INSURANCE," authorize LaserShip to facilitate, on Contractor's behalf, the insurance coverages required or made optional by this Agreement. In any such case, LaserShip shall deduct, from Contractor's settlement compensation, amounts reflecting all of LaserShip's expense and cost in obtaining and administering such coverage. In addition, if Contractor fails to provide proper evidence of the purchase or maintenance of the insurance required above, then LaserShip is authorized but not required to obtain such insurance at Contractor's expense and deduct, from Contractor's settlement compensation, amounts reflecting all of LaserShip's expense in obtaining and administering such coverage. Contractor recognizes that LaserShip is not in the business of selling insurance, and any insurance coverage requested by Contractor from LaserShip is subject to all of the terms, conditions, and exclusions of the actual policy issued by the insurance underwriter. LaserShip shall ensure that Contractor is

LaserShip, Inc. Independent Contractor Agreement

provided with a certificate of insurance (as required by 49 C.F.R. § 376.12(j)(2)) for each insurance policy under which the Contractor has authorized LaserShip to facilitate insurance coverage from the insurance underwriter (each such certificate to include the name of the insurer, the policy number, the effective dates of the policy, the amounts and types of coverage, the cost to Contractor for each type of coverage, and the deductible amount for each type of coverage for which Contractor may be liable), and LaserShip shall provide Contractor with a copy of each policy upon request.

6.     Changes in Cost or Other Details of Coverages.     If LaserShip is facilitating any insurance coverages for Contractor pursuant to Section 5 of this Appendix and the cost to Contractor for, or other details of, a coverage changes from the information listed in the attached "CERTIFICATE OF INSURANCE," Contractor will be so notified by personal delivery, fax, or other written notice.  In any event, Contractor shall not be subject to any such change until ten (10) calendar days after such notice or such later time as is set forth in the notice.  Contractor's failure, by the end of ten (10) calendar days after such notice, to notify LaserShip of any objection to the change shall constitute Contractor's express consent and authorization to LaserShip to implement the change and modify accordingly the deductions from Contractor's settlement compensation, beginning immediately after the 10-day period.   Such modified amounts shall replace and supersede those shown in the Certificate of Insurance and LaserShip shall not have an obligation to also provide a revised Certificate of Insurance.  If Contractor fails to notify LaserShip of any objection within the 10-day period, Contractor and LaserShip shall each have the right to terminate this Agreement effective immediately upon the change becoming effective (although Contractor shall remain subject to the change until Contractor's termination's effective date and time).

**THIS APPENDIX** is agreed to by the undersigned parties as of the latest date set forth below.

**CARRIER: LaserShip, Inc.**                     **CONTRACTOR:**

By: _____          By: _____

_____               _____
Printed Name                                            Printed Name

Dated: ___03/09/2016___                       Dated: ___03-09-2016___

LaserShip, Inc. Independent Contractor Agreement

## Appendix D

### Additional Provisions for Vehicles 10,000 lbs. Gross Vehicle Weight Rating and Under

1. Liability Insurance While Not Operating On Behalf of LaserShip.   Contractor   shall procure, carry, and maintain, at Contractor's expense, liability and property damage insurance coverage for Contractor and any Drivers and other workers used by Contractor whenever the Equipment (as well as any LaserShip trailer) is not being operated on behalf of LaserShip (including, but not limited to, whenever the Equipment is being operated on behalf of others pursuant to a Trip Lease or whenever the Equipment is being operated on behalf of Contractor alone) in a combined single limit of not less than $100,000.00 per person/$300,000.00 per occurrence for personal injury and $50,000.00 for property damage.

2. Liability Insurance While Operating on Behalf of LaserShip.   Contractor   shall procure, carry and maintain, at Contractor's expense, while operating on behalf of LaserShip auto liability insurance in a combined single limit of not less than $100,000.00 per person/$300,000.00 per occurrence for personal injury or property damage insuring LaserShip from and against any and all liability resulting from Contractor's acts or omissions.

3. Passenger Authorization.   Contractor shall not allow any passengers to ride in the Equipment unless authorized in writing by LaserShip as required by law.   Before passenger authorization will be given by LaserShip, Contractor (or its Driver) and the passenger requesting authorization shall submit a fully executed Passenger Authorization and Release of Liability form to LaserShip for prior approval.

**THIS APPENDIX** is agreed to by the undersigned parties as of the latest date set forth below.

**CARRIER: LaserShip, Inc.**                **CONTRACTOR:**

By: _Amanda_                         By: _Saadala Abouleseen_

_Amanda Oraa_                        _Saadala Abouleseen_

Printed Name                         Printed Name

Dated: _03/09/2016_                  Dated: _03 - 09 - 2016_

LaserShip, Inc. Independent Contractor Agreement

## Advertising and Marketing Agreement

This Advertising and Marketing Agreement (hereinafter referred to as the "Agreement") is entered into by and between LaserShip, Inc. (the "Company") with a main business office at 1912 Woodford Rd, Vienna VA 22182 and

Saadala    Aboulessa n _____ an Independent
            Contractor Name
                        Redacted
contractor (the "Contractor") at: _____.
                                        Address, City, State, Zip

### Recitals:

A.    Company is incorporated in the State of Delaware, authorized as a motor carrier by the Federal Motor Carrier Safety Administration ("FMCSA") of the U.S. Department of Transportation ("DOT"), and in the business of soliciting messenger, courier, and other delivery services needs of the public, referring those needs for performance, and invoicing for its services. Company contracts with independent businesses which provide driving and other transportation services related to such delivery.

B.    Contractor is currently providing services to Company pursuant to, and as evidenced by, the Independent Contractor Agreement ("IC Agreement").

C.    Company desires to retain the services of Contractor on a non-exclusive basis to provide advertising and marketing services as arranged by Company and Contractor. Contractor desires to provide said services to Company as an independent contractor under the terms, covenants and conditions set forth in this Agreement.

NOW THEREFORE, in consideration of the foregoing, the mutual promises and agreements set forth in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound, Company and Contractor agree as follows:

1.    Description of Services.

a.    During the term of this Agreement, Contractor will furnish Company on a non-exclusive basis, advertising and marketing services to promote the Company and/or its parents and affiliates (collectively "Laser").

b.    Contractor agrees to promote and advertise the courier and delivery services of Laser by wearing and carrying any of the approved combination of Laser promotional materials including, but not limited to, Laser branded shirts, pants, shorts, vest, jackets, hats, and vehicle decals, magnets, or wrapping.

c.    Contractor will use his or her best efforts and abilities to promote and advertise Laser via approved promotional materials listed in paragraph 1.b; however, both parties acknowledge that Contractor is under no obligation to sign this Agreement as a condition of entering into or providing services under the IC Agreement.

2.    Term. Company hereby retains Contractor to provide services upon the terms and conditions set forth herein,

and Contractor agrees to perform said services for Company from MAY 9 , 2016 through June 15, 2017 or until the IC Agreement terminates, whichever is sooner.

3.    [RESERVED].

4.    Termination. This Agreement may be terminated as follows:

a.    Either party to this Agreement shall have the right to terminate this Agreement at any time by providing 15 days' prior written notice to the other party.

b.    By either party, if the other party breaches any material term of this Agreement.

5.    Status of Contractor.

a.    Not an Employee. Company and Contractor agree that Contractor shall furnish Contractor's services as an independent contractor and not as an employee of Company. Furthermore as such, Contractor has no power or authority to act for, represent, or bind Company in any matter while providing services for Company. Contractor is not entitled to any medical coverage, life insurance, unemployment insurance, or participation in any other benefits afforded to the employees of Company.

b.    Government Taxes/Fees.    Contractor shall bear sole responsibility for payments of all federal, state and local income taxes, self-employment of FICA (social security) taxes, and unemployment and workers' compensation insurance payments. If Company is required to pay or withhold any taxes or make any other payment with respect to fees payable to Contractor, Contractor shall reimburse Company in full for all taxes or fees so paid, and permits Company to make deductions for such taxes and

Page 1 of 2

fees required to be withheld from any sum due Contractor, pursuant to Section 8 of the IC Agreement.

     c.     <u>Workers' Compensation</u>.     Contractor agrees to maintain and be solely responsible for payment of all premiums regarding workers' compensation insurance for Contractor, or in the alternative, waive in writing such insurance coverage as permissible by law. Contractor agrees to provide Company with a copy of the certificate of insurance regarding such Contractor's compensation coverage or, if waived, the written notice of waiver.

     **6.**     <u>Compensation</u>.

     a.     Company shall pay Contractor a commission fee as described in Appendix B of the IC Agreement.

     b.     Contractor will be compensated for services under this Agreement at the time of settlement as set out in Section 7(b) of the IC Agreement.

     c.     In the event that Contractor does not promote or advertise Laser per promotional materials as listed in paragraph 1.b at any point during the term of this Agreement, Contractor will forfeit its compensation for that prorated period of time which services under this Agreement were not provided. The provision of services under this Agreement, or Contractor's failure to do so, shall not affect Contractor's compensation for courier and other transportation services provided under the IC Agreement.

     **7.**     <u>Governing Law</u>. This Agreement shall be construed according to the laws of the Commonwealth of Virginia. The parties agree that any disputes arising out of this Agreement shall be determined by the state courts of Virginia. Contractor hereby expressly consents to be subject to the personal jurisdiction of Virginia to determine any aspect of this Agreement, including enforcement thereof.

     **8.**     <u>Miscellaneous</u>.

     a.     <u>Headings</u>. The headings herein are for convenience only and shall not affect the interpretation of this Agreement.

     b.     <u>Assignment</u>. This Agreement is assignable by Company, but not by Contractor.

     c.     <u>Severability</u>. If any provision of this Agreement is found or held to be invalid, unenforceable or illegal to any extent, the remaining provisions of this Agreement shall not be affected and shall be enforceable to the fullest extent of the law, and the offending provisions shall be modified by the Court to make them enforceable to the maximum extent permissible by law.

     d.     <u>Entire Agreement</u>. This Agreement supersedes any and all other agreements, oral or written, between the parties, and may not be modified or amended, except in a writing signed by a duly authorized representative of Company and by Contractor. Certain promises contained in many paragraphs herein are intended to survive the expiration of this Agreement.

     e.     <u>Waiver</u>. The failure of either party to this Agreement to insist upon the performance of any of the terms and conditions of this Agreement, or the waiver of any breach of any of the terms or conditions of this Agreement, shall not be construed as thereafter waiving any such terms and conditions, but the same shall continue and remain in full force and effect as if no such forbearance or waiver had occurred.

     f.     <u>Notices</u>. Any notice, instruction, direction or demand under the terms of this Agreement required to be in writing will be duly given upon delivery, if delivered by hand or mail, to the following addresses:

     If to the Company: LaserShip, Inc. 1912 Woodford Rd, Vienna, VA 22182 Attn: Vendor Relations

     If to Contractor: See Address listed at the beginning of the Agreement

Executed this      9th     day of   March     , 2016.

     The parties, by their signatures herein, declare that they fully understand the Agreement and the terms, covenants and conditions herein, and each believes the Agreement to be fair, just and reasonable. Each signs the Agreement freely and voluntarily.

CONTRACTOR:          LASERSHIP INC:

Signature: _Andale Abenden_     By: _Amanda G._

Name: _Saadala_     Title: _Admin_

Contractor's initials here indicate Contractor reviewed the Advertising and Marketing Agreement and hereby chooses **not** to participate.

Page 2 of 2

Rev. January 2016