```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DANIEL WEST, et al.,                                        :
                                                            :
                        Plaintiffs,                         :
                                                            :     21-CV-5382 (VSB)
            -against-                                       :
                                                            :          ORDER
                                                            :
LASERSHIP, INC., et al.,                                    :
                                                            :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On September 17, 2021, Defendant Lasership Inc. filed a motion to compel arbitration, (Doc. 25), and a motion to dismiss Plaintiffs' first amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), (Doc. 28). Accordingly, it is hereby:

ORDERED that Plaintiffs shall serve any opposition to the motion to compel and the motion to dismiss by October 18, 2021. Defendant Lasership's reply, if any, shall be served by November 1, 2021.

SO ORDERED.

Dated: September 21, 2021
       New York, New York

Vernon S. Broderick
United States District Judge