## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>LASERSHIP, INC., SO SURE TRANSPORTS, INC., STEVEN TRUCKING, INC., RICHARD GRACE AND RICHARD LLC., and UNKNOWN SUBCONTRACTOR COMPANIES A-Z,<br><br>Defendants. | Civil Action No. 1: 21-cv-05382-LTS<br><br>**DEFENDANTS' NOTICE TO WITHDRAW MOTION TO DISMISS**<br><br># <u>MEMO ENDORSED</u><br><br>So Ordered<br>January 11, 2023<br>/s/ Laura Taylor Swain, Chief USDJ |

Defendant, LaserShip, Inc., respectfully notifies the Court that it is withdrawing its Motion to Dismiss (ECF Nos. 28, 29, 42). In its Motion to Dismiss, LaserShip sought to dismiss this case under the first-to-file rule because LaserShip was defending against identical claims brought on behalf of identical putative collectives and classes in *Yuan v. LaserShip, Inc.*, Civ No. 20-cv-05484 AMD-RER (E.D.N.Y.). ECF No. 29 at 4.

On January 4, 2023, the *Yuan* Court dismissed LaserShip with prejudice from that case. *See Yuan v. LaserShip, Inc.*, Civ No. 20-cv-05484 AMD-RER (E.D.N.Y.) (minute order entered January 4, 2023).

Accordingly, LaserShip respectfully withdraws its Motion to Dismiss in this case.

LaserShip's Motion to Compel Arbitration (ECF Nos. 25-27, 43, 48, 52) remains pending for decision and is not impacted by this notice to withdraw the Motion to Dismiss.

Dated:  January 10, 2023

Respectfully submitted,


/s/ *Charles Andrewscavage*
Charles Andrewscavage, # 4889242
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
T: (312) 255-7200
F: (312) 422-1224
candrewscavage@scopelitis.com

Attorney for Defendant,
LaserShip, Inc.

4877-3668-2056, v. 1