UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

LASERSHIP, INC., SO SURE TRANSPORTS INC., STEVEN TRUCKING, INC., RICHARD GRACE AND RICHARD LLC, and UNKNOWN SUBCONTRACTOR COMPANIES A-Z,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs Daniel West and Romaine Clarke and Defendants Lasership, Inc. shall promptly meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by **March 27, 2023**, file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:     New York, New York
            March 7, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge