UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

LASERSHIP, INC., SO SURE TRANSPORTS INC., STEVEN TRUCKING, INC., RICHARD GRACE AND RICHARD LLC, and UNKNOWN SUBCONTRACTOR COMPANIES A-Z,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**INITIAL CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial conference held today, May 3, 2023, between Plaintiffs Daniel West ("West") and Romaine Clarke ("Clarke") and Defendant Lasership, Inc. ("Lasership," with West and Clarke, the "Parties"), the Court orders as follows:

1. By **May 10, 2023**, Plaintiffs shall:

    a. File a stipulation of dismissal as to Defendant Steven Trucking, Inc., for the attention of the Honorable Laura Taylor Swain.

    b. Request from the Clerk of Court certificates of default as to Defendants So Sure Transports, Inc. ("So Sure") and Richard Grace and Richard LLC (together, "Grace"), in accordance with S.D.N.Y. Local Civil Rule 55.1.

2. Plaintiffs' motion (ECF No. 63) for entry of default as to So Sure and Grace is DENIED WITHOUT PREJUDICE to renewal.

3. Discovery at this time shall be limited to (i) requests for production and interrogatories concerning West and Clarke, (ii) the production of Lasership's employment policies and procedures, and (iii) a Fed. R. Civ. P. 30(b)(6) deposition of Lasership ("Phase I Discovery").

4. By **July 10, 2023**, the Parties shall file a joint letter, no longer than three (3) pages, reporting on the status of Phase I Discovery.

5. A telephone conference is scheduled for **Thursday, July 13, 2023 at 12:00 pm** on the Court's conference line to discuss the status of Phase I Discovery and, if appropriate, a schedule for remaining discovery (the "Conference"). The Parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

6. The deadlines to amend any pleadings, join other parties, and file motions, including Lasership's anticipated motion for judgment on the pleadings and Plaintiffs' anticipated motions for conditional collective and class certification (see ECF No. 72 ¶ 11), are HELD IN ABEYANCE for further discussion during the Conference.

The Clerk of Court is respectfully directed to close ECF No. 63.

Dated:      New York, New York
            May 3, 2023

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**