UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> -v-<br><br>LASERSHIP, INC., SO SURE TRANSPORTS INC., RICHARD GRACE AND RICHARD LLC, and UNKNOWN SUBCONTRACTOR COMPANIES A-Z,<br><br>       Defendants. | CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' status letter at ECF No. 97, the Court orders as follows:

1. By **October 2, 2023**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of Phase I Discovery.

2. The Court continues to HOLD IN ABEYANCE the deadlines to amend any pleadings, join other parties, and file motions, including Defendant Lasership Inc.'s anticipated motion for judgment on the pleadings and Plaintiffs' anticipated motions for conditional collective and class certification (see ECF No. 72 ¶ 11).

Dated:  New York, New York
     September 11, 2023

                    SO ORDERED.

                    _____
                    **SARAH L. CAVE**
                    **United States Magistrate Judge**