UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

-v-

LASERSHIP, INC., SO SURE TRANSPORTS INC., RICHARD GRACE AND RICHARD LLC, and UNKNOWN SUBCONTRACTOR COMPANIES A-Z,

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' status letter at ECF No. 104, the Court orders as follows:

1. By **December 1, 2023**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of Phase I Discovery.

2. The parties' proposed briefing schedule for Plaintiffs' motion for conditional collective certification (ECF No. 101 (the "Motion")) is ADOPTED, and the Court orders as follows:

   a. By **November 30, 2023**, Defendant shall file its opposition to the Motion.

   b. By **December 19, 2023**, Plaintiffs shall file their reply.

3. The Court continues to HOLD IN ABEYANCE the deadlines to amend any pleadings, join other parties, and file motions, including Defendant's anticipated motion for judgment on the pleadings (see ECF No. 72 ¶ 11).

Dated:     New York, New York
             November 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**