UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN,
and SAADALA ABOULESSAN, on behalf of
themselves and all others similarly situated,

                  Plaintiffs,

   -v-

LASERSHIP, INC., SO SURE TRANSPORTS INC.,
RICHARD GRACE AND RICHARD LLC, and
UNKNOWN SUBCONTRACTOR COMPANIES A-Z,

                  Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' status letter at ECF No. 113, the Court orders as follows:

1. By **February 20, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of Phase I Discovery.

2. The Court continues to HOLD IN ABEYANCE the deadlines to amend any pleadings, join other parties, and file motions, including Defendant Lasership Inc.'s anticipated motion for judgment on the pleadings (see ECF No. 72 ¶ 11).

Dated:     New York, New York
            January 4, 2024

                       SO ORDERED.

                       SARAH L. CAVE
                       **United States Magistrate Judge**