UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-v-

LASERSHIP, INC., SO SURE TRANSPORTS INC., RICHARD GRACE AND RICHARD LLC, and UNKNOWN SUBCONTRACTOR COMPANIES A-Z,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' status letter at ECF No. 115, the Court orders as follows:

1. By **March 22, 2024**, Plaintiff Romaine Clarke shall produce electronically stored communications responsive to Defendant Lasership Inc.'s requests for production.

2. By **March 29, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of Phase I Discovery.

3. The Court continues to HOLD IN ABEYANCE the deadlines to amend any pleadings, join other parties, and file motions, including Defendant Lasership Inc.'s anticipated motion for judgment on the pleadings (see ECF No. 72 ¶ 11).

Dated:     New York, New York
          February 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**