UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

                  Plaintiffs,

-v-

LASERSHIP, INC., SO SURE TRANSPORTS INC., RICHARD GRACE AND RICHARD LLC, and UNKNOWN SUBCONTRACTOR COMPANIES A-Z,

                  Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **June 18, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of: (i) LaserShip's compliance with the discovery obligations imposed by the Court's April 4, 2024 Order (see ECF No. 119 at 17), and (ii) any remaining discovery.

Dated:    New York, New York
           May 28, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**