UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, <u>on behalf of themselves and all others similarly situated</u>,

                    Plaintiffs,

-v-

LASERSHIP, INC., <u>et al.</u>,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' unopposed request for extension of time (ECF No. 143) is **GRANTED**. On or before **October 25, 2024**, Plaintiffs shall file their motion for conditional certification of a collective action, if any. (<u>See</u> ECF No. 132 at 2). On or before **December 22, 2024**, Defendants shall file their response. On or before **January 8, 2025**, Plaintiffs may file a reply.

Dated:      New York, New York
             October 16, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**