UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN,
and SAADALA ABOULESSAN, on behalf of
themselves and all others similarly situated,

                          Plaintiffs,

        -v-

LASERSHIP, INC., et al.,

                          Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' unopposed requests for a discovery deadline and for an extension of time

(ECF No. 151) are **GRANTED**, and it is ORDERED as follows:

1. On or before **January 31, 2025**, opt-in Plaintiffs shall conclude their production of

    documents responsive to Defendants' requests for production of documents (see id.).

2. The deadline for Defendants to file their response to Plaintiffs' second motion to certify

    class (ECF No. 147) is **EXTENDED** up to and including **April 11, 2025**.  The deadline for

    Plaintiffs to file a reply is **EXTENDED** up to and including **April 30, 2025**.

3. A telephone status conference is scheduled for **Monday, February 3, 2025 at 11:00 a.m.**

    on the Court's Microsoft Teams Platform.  The parties are directed to call: (646) 453-4442;

    phone conference ID: 320 173 409#, at the scheduled time.

Dated:      New York, New York
            January 6, 2025

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**