UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, <u>on behalf of themselves and all others similarly situated</u>,

                Plaintiffs,

-v-

LASERSHIP, INC., <u>et</u> al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 3, 2025, it is ORDERED as follows:

1. The deadline for opt-in Plaintiffs to conclude their production of documents responsive to Defendants' requests for production of documents is **EXTENDED** up to and including **February 28, 2025**.

2. A telephone status conference is scheduled for **Tuesday, March 4, 2025 at 12:15 p.m.** on the Court's Microsoft Teams Platform. The parties are directed to call: (646) 453-4442; phone conference ID: 889 004 107#, at the scheduled time.

Dated:     New York, New York
           February 3, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**