UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, <u>on behalf of themselves and all others similarly situated</u>, <u>et al.</u>,

                Plaintiffs,

-v-

LASERSHIP, INC., <u>et al.</u>,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5382 (LTS) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 4, 2025, it is ORDERED as follows:

1. On or before **March 10, 2025**, opt-in Plaintiffs Anyis Cuevas and Tony Garcia shall serve their responses and objections to Defendants' pending requests for production.

2. On or before **March 31, 2025**, Plaintiffs' counsel shall attempt contact with and mail certified letters to opt-in Plaintiffs Dalton Gordon, Saba Topuria, and Esteven Velez concerning their continued participation in this action. To the extent that these individuals continue to fail to respond to Plaintiffs' counsel, the parties shall meet and confer regarding withdrawal of their declarations. (ECF Nos. 147-8; 147-13; 147-14).

3. Defendants' request for leave to file a response to Plaintiffs' Second Motion for Collective Certification (ECF No. 147) in excess of 8,750 words, <u>see</u> Local Rule 7.1(c), is **GRANTED**, and Defendants may file a response of not more than 9,450 words. To the extent that Defendants challenge the contents of Plaintiffs' proposed notices (ECF Nos. 147-17–147-19), Defendants are encouraged to submit redlined versions of the notices.

Dated: New York, New York
March 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**