UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DANIEL WEST, et al., on behalf of
themselves and all others similarly
situated,

                Plaintiffs,

    -v-                                        No.  21-CV-5382-LTS

LASERSHIP, INC. et al.,

                Defendant.

--------------------------------------------------------x

<u>ORDER</u>

On March 4, 2025, the parties filed a stipulation agreeing that Alfredo Lara's

claims are dismissed without prejudice to his right to assert claims in arbitration against any

Defendant.  Accordingly, Mr. Lara's claims are dismissed without prejudice.


SO ORDERED.

Dated: New York, New York
      March 4, 2025


                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge