UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, <u>on behalf of themselves and all others similarly situated</u>, <u>et al.</u>,

                      Plaintiffs,

-v-

LASERSHIP, INC., <u>et al.</u>,

                      Defendants.

CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 29, 2025, on or before **June 23, 2025**, the parties shall file a joint letter setting forth (i) the status of the pending applications in <u>Hunt v. Lasership, Inc.</u>, 24 Civ. 2345 (AJT) (IDD) (E.D. Va.), and (ii) a proposed supplemental briefing schedule to address the parties' positions on collective action notice and the sufficiency of the evidence to support certification of a collective in this action for employees who worked before December 23, 2021.  (<u>See</u> ECF No. 168).

Dated:       New York, New York
               May 29, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**