UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, on behalf of themselves and all others similarly situated, et al.,

                Plaintiffs,

-v-

LASERSHIP, INC., et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 30, 2025, on or before **July 25, 2025**, the parties shall file a joint letter setting forth the status of the pending motions in Hunter v. Lasership, Inc., 24 Civ. 2345 (AJT) (IDD) (E.D. Va.).

Dated:    New York, New York
           June 30, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
United States Magistrate Judge