UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, <u>on behalf of themselves and all others similarly situated</u>, <u>et al.</u>,

                      Plaintiffs,

-v-

LASERSHIP, INC., <u>et al.</u>,

                      Defendants.

CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In their joint letter dated July 25, 2025, the parties advised the Court that the Honorable Anthony J. Trenga held a hearing (the "Hearing") regarding Plaintiffs' motion to intervene and for a preliminary injunction in the <u>Hunter v. LaserShip, Inc.</u> action, No. 24 Civ. 2345 (AJT) (IDD) (E.D. Va.). (ECF No. 177 at 1). The parties further advised that at the Hearing, Judge Trenga "asked the <u>West</u> Parties to inform [this Court] that in the event [this Court] conditionally certifies a collective in [this] matter, he will consider transferring the New York collective members to this case, or [] decertifying the New York collective members in the <u>Hunter</u> case." (<u>Id.</u>) While the Court does not doubt the parties' representation as to Judge Trenga's remarks, the Court has attempted to review the transcript of the Hearing (<u>see</u> <u>Hunter</u> Action ECF No. 101), but to date, has been unable to access it from the docket in the <u>Hunter</u> action. Accordingly, by **August 20, 2025**, the parties shall submit to the Court a copy of the transcript of the Hearing, or, if they are unable to do so, file a joint letter so informing the Court.

Dated:       New York, New York
               August 13, 2025

1

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge