UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, <u>on behalf of themselves and all others similarly situated</u>,<br><br>                              Plaintiffs,<br>               v.<br><br>LASERSHIP, INC. <u>et</u> <u>al.</u>,<br><br>                              Defendants. | CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Following the Court's Opinion and Order at ECF No. 182, on or before **October 20, 2025**, the parties shall file a joint letter setting forth the status of the notice process and what, if any, discovery remains to be completed. Further, a telephone conference is scheduled for **October 27, 2025 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
          September 8, 2025

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**