UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,<br><br>                                       Plaintiffs,<br>                v.<br><br>LASERSHIP, INC. et al.,<br><br>                                       Defendants. | CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 27, 2025 (the "Conference"), the Court **ORDERS** the following:

1) On or before **November 7, 2025**, Defendant Lasership ("Lasership") shall serve (i) its responses to Plaintiffs' June 2024 deficiency letter, and (ii) its revised responses to Plaintiffs' Third Set of Requests for Production of Documents. Lasership shall serve its document production on a rolling basis thereafter.

2) On or before **November 21, 2025**, the parties shall file a joint letter setting forth the status of the notice process and what, if any, discovery remains to be completed.

3) A Telephone Conference to discuss the status of the notice process and discovery is scheduled for **November 25, 2025 at 11:30 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

4) The parties shall order a copy of the Conference transcript using the annexed form by **November 3, 2025**.

Dated:    New York, New York
          October 27, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]