BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZ^
SAMUEL J. SALINGER



ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED
IN NEW JERSEY

^ALSO ADMITTED
IN PENNSYLVANIA

225 BROADWAY / SUITE 920 / NEW YORK, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

November 12, 2025

**By ECF**
Hon. Sarah L. Cave
U.S. Magistrate Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re:    *Daniel West v. Lasership, Inc., et al.*, Case No. 1:21-cv-05382(LTS)(SLC)

Your Honor:

      Filed herewith is a redlined and a clean version of the FLSA collective action notice in this matter, adjusted to reflect the *Hunter* case and the overlapping collective action members. Defendant's counsel has reviewed the changes and does not object. Accordingly Plaintiffs ask the Court to approve the notice.

      Thank you for the Court's consideration of this matter.

      Very truly yours,

      /s/

      Jason Rozger