UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

LASERSHIP, INC. et al.,

        Defendants.

CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on November 25, 2025 (the "Conference"), the Court **ORDERS** the following:

1) Menken Simpson & Rozger LLP ("Menken") shall file a motion to be appointed as lead counsel for the collective (the "Motion") by **December 19, 2025**. Outten & Golden, LLP and McGillivary Steele Elkin LLP, counsel for the 108 opt-in plaintiffs who withdrew their consent to join forms in the Eastern District of Virginia action, Hunter v. LaserShip, Inc., No. 24 Civ. 2345, and re-filed them in this case, shall file their response to the Motion by **January 12, 2026**. Defendant Lasership, Inc., may, but is not required to, file a response to the Motion by **January 12, 2026**. Menken shall file a reply in further support of the Motion by **January 20, 2026**.

2) Another telephone conference to discuss the status of discovery is scheduled for **January 8, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. Before the

1

January 8, 2026 telephone conference, the parties shall meet and confer regarding discovery.

3) The parties shall order a copy of the Conference transcript using the annexed form by **December 2, 2025**.

Dated:   New York, New York
         November 25, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

**RESET**  **PRINT**  **SAVE**  **EMAIL**