Bruce E. Menken
Scott Simpson
Jason J. Rozger*
Raya F. Saksouk
Brenna Rabinowitz△
Samuel J. Salinger

Alan Serrins
Of Counsel

*Also Admitted
in New Jersey

△Also Admitted
in Pennsylvania



225 Broadway / Suite 920 / New York, NY / 10007
(212) 509-1616
www.nyemployeelaw.com

November 25, 2025

**By ECF**

Hon. Sarah L. Cave
U.S. Magistrate Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

> The Court is in receipt of the parties' proposed revised collective action notice. (Dkt. No. 206-2 (the "Revised Notice")). The Court **APPROVES** the Revised Notice.
>
> The Clerk of Court is respectfully directed to close Dkt. Nos. 193 and 206.
>
> SO ORDERED.    November 26, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

　　　　Re:    *Daniel West v. Lasership, Inc., et al.*, Case No. 1:21-cv-05382(LTS)(SLC)

Your Honor:

　　Filed herewith is a redline and clean copy of the proposed collective action notice in this case, modified from the last version submitted to the Court on November 12, 2025. This comprises the changes discussed and agreed to between the parties at today's conference.

　　Thank you for the Court's consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　Jason Rozger