Bruce E. Menken
Scott Simpson
Jason J. Rozger*
Raya F. Saksouk
Brenna Rabinowitz<sup>Δ</sup>
Samuel J. Salinger



Menken Simpson & Rozger LLP

Alan Serrins
Of Counsel

*Also Admitted
in New Jersey

<sup>Δ</sup>Also Admitted
in Pennsylvania

225 Broadway / Suite 920 / New York, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

January 7, 2026

**By ECF**
Hon. Sarah L. Cave
U.S. Magistrate Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:  *Daniel West v. Lasership, Inc., et al.*, Case No. 1:21-cv-05382(LTS)(SLC)

Your Honor:

  I write in response to the letter filed by Ms. Young on January 6, 2026.  Today I provided Ms. Young with the Plaintiffs' document requests, and the latest correspondence concerning those requests.  My travel over the holidays and subsequent press of work unfortunately led to a delay in providing her that information.

  As to Ms. Young' reference to our respective firm's working together, the *West* plaintiffs have filed their motion in that regard, and as set forth therein believe that *Hunter* counsel should not be representing any plaintiffs or opt-in plaintiffs in this case.  We do not object to the mutual exchange of information on the discovery in our respective cases.

  Finally, Plaintiffs anticipate filing the first batch of approximately 175 opt-in forms prior to tomorrow's conference.  Additional forms will be filed on a rolling basis.

               Very truly yours,

                /s/

               Jason Rozger