UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LASERSHIP, INC. et al.,

Defendants.

CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 27, 2026, the Court scheduled an in-person conference on **February 4, 2026, at 12:00 p.m. ET** (the "Conference") to discuss the motion to be appointed as lead counsel for the collective filed by Menken Simpson & Rozger LLP ("Menken") (Dkt. No. 215; 217–18 (the "Motion")), Defendant Lasership, Inc.'s ("Lasership") response (Dkt. No. 233), and the opposition and cross-motion filed by Outten & Golden, LLP ("Outten") and McGillivary Steele Elkin LLP ("McGillivary") (Dkt. No. 234–37). (Dkt. No. 251).[1] In light of the Conference, the previously scheduled telephone conference for **February 5, 2026, at 2:15 p.m. ET,** (Dkt. No. 230), to discuss the Motion is **CANCELLED**.

Dated:    New York, New York
          January 30, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] Pursuant to the Court's Order at Dkt. No. 251, Menken, Outten, and McGillivary must appear at the Conference in-person. (Dkt. No. 251 at 2). Counsel for Lasership may appear by phone. (Id.) Should counsel for Lasership wish to appear by phone, counsel is directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. (Id.)