UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated, Plaintiffs, v. LASERSHIP, INC. et al., Defendants. | CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC) **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on February 4, 2026 (the "Conference") to discuss the motion to be appointed as lead counsel for the collective filed by Menken Simpson & Rozger LLP, (Dkt. No. 215; 217–18), Defendant Lasership, Inc.'s response, (Dkt. No. 233), and the opposition and cross-motion filed by Outten & Golden, LLP and McGillivary Steele Elkin LLP (Dkt. No. 234–37), along with the status of discovery. (See Dkt. No. 251). On or before **March 4, 2026**, the parties shall file a joint letter updating the Court on the status of the total number of opt-in plaintiffs in this case as well as the status of discovery from the opt-in plaintiffs.

Further, the parties shall order a copy of the Conference transcript using the annexed form by **February 11, 2026**.

Dated:      New York, New York
            February 4, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|