UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>              v.<br><br>LASERSHIP, INC. et al.,<br><br>                              Defendants. | CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on June 5, 2026 (the "Conference") to discuss the parties' disputes concerning the scope of opt-in discovery.  (Dkt. No. 289 at 3).  Following the Conference, the Court **ORDERS** the following:

1. The parties shall order a copy of the Conference transcript (the "Transcript") using the annexed form by **June 9, 2026**.

2. With respect to Plaintiffs' RFP No. 15, which seeks the production of "all text messages and other communications from any employee of LaserShip, Inc. to Master Contractors concerning subcontractors, including but not limited to communications concerning the wearing of uniforms[,]" (Dkt. No. 287 at 2), pursuant to the discussion at the Conference, the Court deems that dispute resolved and refers the parties to the Transcript.

1

3.  Another telephone conference to discuss the status of opt-in discovery is scheduled for **July 17, 2026, at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:       New York, New York
             June 5, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|