UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LASERSHIP, INC. et al.,

Defendants.

CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on September 24, 2026 (the "Conference") to discuss the status of opt-in discovery. (Dkt. No. 303). Following the Conference, the Court **ORDERS** the following:

1. The parties may order a copy of the Conference transcript by using the annexed form.
2. At the Conference, the parties discussed implementing a procedure pursuant to which the Court would issue an order (the "Order") granting the opt-in plaintiffs one final extension of time to respond to Defendants' Interrogatories and Requests for Production (the "Discovery Demands") within 30 days of the Order or, if they fail to do so, face possible dismissal from the case. By **October 2, 2026**, the parties shall meet and confer and file the proposed Order.
3. At the Conference, Plaintiffs' counsel stated that some opt-in plaintiffs have searched for documents responsive to the Discovery Demands but either (i) do not have any such documents in their possession, custody, or control; or (ii) have produced all responsive documents in their possession, custody, or control. By **October 2, 2026**,

Plaintiffs' counsel shall notify Defendants' counsel as to which of the opt-in plaintiffs that applies.

4. By **October 30, 2026**, the parties shall file a joint letter limited to 1,050 words setting forth the status of opt-in discovery.

5. Another telephone conference to discuss the status of opt-in discovery is scheduled for **November 4, 2026, at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 24, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL