**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DANIEL WEST, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LASERSHIP, INC., et al.

Defendants.

Civil Action No. 1: 21-cv-05382-LTS-SLC

# ~~[PROPOSED]~~ ORDER COMPELLING CERTAIN OPT-IN PLAINTIFFS' PARTICIPATION IN DISCOVERY

Pursuant to the Court's September 24, 2026, Order (ECF No. 309), the Court hereby ORDERS that:

1. The opt-in plaintiffs identified in Appendix A are granted one final extension of time to respond to Defendant LaserShip, Inc.'s Interrogatories and/or Requests for Production (the "Discovery Demands"), and shall serve their responses to the Discovery Demands within thirty (30) days of the date of this Order; and
2. Any opt-in plaintiff identified in Appendix A who fails to respond to the Discovery Demands within thirty (30) days of the date of this Order may be subject to dismissal from this action.

SO ORDERED.

Dated: October 5, 2026

Hon. Sarah L. Cave
United States Magistrate Judge

# APPENDIX A

Discovery Plaintiffs Who Have Not Fully Responded to Discovery Demands

1. Emma Castaneda
2. Robert Rice
3. Nick Eliopoulos
4. Anil Facey
5. Rabindranauth Singh
6. Sue Len Betray Ortiz-Gonzalez
7. Angel M. Guillen Matos
8. Clara Hull
9. Karina A. Rivas Silva
10. Santiago Yuquilima
11. Anny Portorreal
12. Alberto Zambrano
13. Clive Smith
14. Orpheus Vargas
15. Mohamed Ramadi
16. Anthony Auson
17. Juan Gabriel Rosario
18. Fiordaliza Castillo
19. Abdou Wahiru Kassim
20. Alexis F. Gonzalez
21. Khalil Williams
22. Anacaona Suarez
23. Yonatan E. Villa Valdez
24. Diana Gonzalez
25. Jose Portorreal Sr.
26. Leann Parke
27. Marcel Robinson
28. Sean Cameron
29. Soulymane Cisse

4904-7148-7699, v. 3