UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WEST, ROMAINE CLARKE, RYON MORGAN, and SAADALA ABOULESSAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LASERSHIP, INC. et al.,

Defendants.

CIVIL ACTION NO. 21 Civ. 5382 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 4, 2026 (the "Conference") to discuss the status of opt-in discovery. (Dkt. No. 309 at 2). Following the Conference, the Court **ORDERS** the following:

1. The parties may order a copy of the Conference transcript by using the annexed form.
2. By **November 12, 2026**, the parties shall file a joint letter limited to 1,050 words setting forth the status of opt-in discovery.
3. The deadline for Defendant to file its response to Plaintiffs' motion for class certification (Dkt. No. 310) is **EXTENDED** to **December 16, 2026**. The deadline for Plaintiffs to file their reply is also **EXTENDED** to **January 22, 2027**.
4. Another telephone conference to discuss the status of opt-in discovery is scheduled for **December 8, 2026, at 12:30 p.m. ET** on the Court's conference line. The parties

are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily | 3 Day | 7 Day | 14 Day | 30 Day |
|---|---|---|---|---|
| $7.30 ○ | $6.55 ○ | $5.85 ○ | $5.10 ○ | $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL